B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Liberty State Benefits of Delaware Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**27-1982954** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1201 Orange Street, Suite 600**<br>**Wilmington, DE**<br>ZIP Code **19801** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New Castle** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Liberty State Benefits of Delaware Inc. |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Liberty State Benefits of Delaware Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X *[signature]*
Signature of Attorney for Debtor(s)

Garvan F. McDaniel 4167
Printed Name of Attorney for Debtor(s)

**Bifferato Gentilotti LLC**
Firm Name

**800 North King Street
Plaza Level
Wilmington, DE 19801**
Address

Email: gmcdaniel@bglawde.com
**302-429-1900 Fax: 302-429-8600**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual

Anthony R. Thompson
Printed Name of Authorized Individual

Chairman of the Board
Title of Authorized Individual

7/29/11
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## ANNEX TO VOLUNTARY PETITION

The following debtors each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code and are seeking to have their cases jointly-administered:

Liberty State Benefits of Delaware Inc., a Delaware corporation

Liberty State Benefits of Pennsylvania, Inc., a Pennsylvania corporation

Liberty State Financial Holdings Corp., a New Jersey corporation

# LIBERTY STATE BENEFITS OF DELAWARE INC.

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE
## BOARD OF DIRECTORS OF LIBERTY STATE HOLDINGS CORP.
## DATED THE 29TH DAY OF JULY, 2011

Pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, the undersigned (the "Board") being all of the Directors of Liberty State Holdings Corp., the entity that wholly owns Liberty State Benefits of Delaware Inc., a Delawrae corporation (the "Company"), does hereby consent to the following actions, to the same extent as though duly presented to and unanimously adopted at a special meeting of the Board of Directors of the Company at which a quorum was present and acting throughout:

WHEREAS, the Board has considered the financial and operational aspects of the Company's business; and

WHEREAS, the Board has reviewed the historical performance of the Company and the current and long-term liabilities of the Company and its affiliates Liberty State Benefits of Pennsylvania, Inc. and Liberty State Financial Holdings Corp. (collectively, the "Affiliates"); and

WHEREAS, the Board intends for the Company and for the Affiliates to each file a voluntary petition under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, the Board has reviewed, considered, and received the recommendations of the senior management of the Company and professionals and advisors to the Company as to the terms of the proposed restructuring to be implemented during the course of the bankruptcy proceedings; and

NOW, THEREFORE, IT IS HEREBY RESOLVED:

1. After consultation with and in reliance on the advice of management and the outside attorneys and advisors to the Company, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and that the Company move to jointly administer the petitions of the Company and the Affiliates under the Bankruptcy Code for purposes of administrative efficiencies.

2. The Company's proper officers (the "Officers") are directed, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, affidavits and other papers or documents, and to take any and all action which they deem necessary or proper to obtain such relief.

3. The Officers are directed, authorized and empowered to employ on behalf of the Company, Bifferato Gentilotti, a law firm with experience and expertise in the areas of workouts,

non-bankruptcy reorganizations and bankruptcy reorganizations in similar situations to that of the Company.

4. The Officers are directed, authorized and empowered, in the name of, and on behalf of the Company, to take or cause to be taken any and all actions to execute and/or file or cause to be filed any and all documentation or pleadings, including but not limited, to (i) pleadings seeking court approval to sell all, or substantially all, of the assets of the Company pursuant to the applicable provisions of the Bankruptcy Code, whether in furtherance of a plan of reorganization or otherwise, (ii) pleadings seeking court approval of debtor-in-possession financing or use of cash collateral, (iii) agreements, including, but not limited to, debtor in possession credit agreements, debtor in possession financing term sheets, (iv) restructuring term sheets and restructuring agreements, and (v) stipulations, pleadings, and agreements appointing a chapter 11 examiner or trustee or converting the bankruptcy cases to cases under chapter 7 of the Bankruptcy Code, in each case on such terms and conditions as are available to the Company and are reasonable under the circumstances.

5. The Officers are directed, authorized and empowered, in the name of, and on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each in his or her discretion, may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

6. All of the acts and transactions of management and members of the Board of Directors of the Company that relate to matters contemplated by the foregoing resolutions that have been undertaken in the name and on behalf of the Company prior to the effective date of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned in their capacity as members of the Board of Directors of Liberty State Holdings Corp. have executed this written consent as of the day first written above. This written consent may be executed in any number of counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and facsimile signatures shall have the same effect as original signatures.

_____
Anthony R. Thompson, Director

_____
William M. Kwasnik, Director

_____
Harry F. Bauer, Jr., Director

_____
Dennis C. Ferry, Ed.D., Director

_____
James B. Hanna, Director

_____
John L. Harris, Director

_____
William T. Robinson, Director

_____
Benjamin Silber, Director

_____
John Rocco, Director

# United States Bankruptcy Court
### District of Delaware

In re  Liberty State Benefits of Delaware Inc.  
_____  
Debtor

Case No. _____

Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Liberty State Financial Holdings Corp. | | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chairman of the Board of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  7/25/11

Signature _____  
Anthony R. Thompson  
Chairman of the Board

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re    **Liberty State Benefits of Delaware Inc.**            Case No. _____

                                                          Debtor(s)            Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Assiante, Alfred<br>213 St. James Place<br>Merchantville, NJ 08109 | Alfred Assiante<br>213 St. James Place<br>Merchantville, NJ 08109 | Noteholder | | 735,355.00 |
| Cattell, Austin<br>324 Cleveland Avenue<br>Pitman, NJ 08071 | Austin Cattell<br>324 Cleveland Avenue<br>Pitman, NJ 08071 | Noteholder | | 27,900.00 |
| Clifford, Estate of Marion<br>175 Lee Lane<br>Cape May Court House, NJ 08210 | Estate of Marion Clifford<br>175 Lee Lane<br>Cape May Court House, NJ 08210 | Noteholder | | 96,189.95 |
| Combs, Merle<br>1306 Highland Avenue<br>Cinnaminson, NJ 08077 | Merle Combs<br>1306 Highland Avenue<br>Cinnaminson, NJ 08077 | Noteholder | | 202,750.00 |
| Dibblee, Marie<br>58 Central Avenue<br>Brick, NJ 08724 | Marie Kingan<br>310 Pavonia Circle<br>Marlton, NJ 08053 | Noteholder | | 474,874.68 |
| Flynn, Mark<br>201 Balsam Court<br>Medford, NJ 08055 | Mark Flynn<br>201 Balsam Court<br>Medford, NJ 08055 | Noteholder | | 371,086.22 |
| Frater, Clifford and Dorothy<br>301 N. LaFayette Drive<br>Ventnor City, NJ 08406 | Clifford Frater<br>301 N. LaFayette Drive<br>Ventnor City, NJ 08406 | Noteholder | | 759,000.00 |
| Harrison, Adele<br>900 Robbins Avenue<br>Philadelphia, PA 19111 | Adele Harrison<br>900 Robbins Avenue<br>Philadelphia, PA 19111 | Noteholder | | 284,750.00 |
| Hyman, Bernard<br>475 W. 57th Street<br>Apr. 30-D<br>New York, NY 10018 | Elaine Hyman<br>475 W. 57th Street<br>Apr. 30-D<br>New York, NY 10018 | Noteholder | | 138,939.64 |
| Kasarda, Adeline<br>3 Leatherleaf Court<br>Medford, NJ 08055 | Adeline Kasarda<br>3 Leatherleaf Court<br>Medford, NJ 08055 | Noteholder | | 584,056.04 |
| Kingan, Charles IFT<br>1426 Callowhill Street<br>Suite 301<br>Philadelphia, PA 19130 | Kingan, Charles IFT<br>1426 Callowhill Street<br>Suite 301<br>Philadelphia, PA 19130 | Noteholder | | 474,874.68 |

B4 (Official Form 4) (12/07) - Cont.
In re   Liberty State Benefits of Delaware Inc.   Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, Including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lee, Marie<br>5 Kingswood Road<br>Shamong, NJ 08088 | Marie Lee<br>5 Kingswood Road<br>Shamong, NJ 08088 | Noteholder | | 81,003.44 |
| Marcozzi, Erasmo<br>810 Hiltop Road<br>Cinnaminson, NJ 08077 | Erasmo Marcozzi<br>810 Hiltop Road<br>Cinnaminson, NJ 08077 | Noteholder | | 38,372.17 |
| McCann, Francis<br>c/o 1426 Callowhill Street<br>Philadelphia, PA 19130 | Francis McCann<br>c/o 1426 Callowhill Street<br>Philadelphia, PA 19130 | Noteholder | | 198,000.00 |
| McLaughlin, Christopher<br>518 E. Hector Street<br>Conshohocken, PA 19428 | Christopher McLaughlin<br>518 E. Hector Street<br>Conshohocken, PA 19428 | Noteholder | | 63,380.40 |
| Oleykowski, Alexander<br>345 Congress Avenue<br>Lansdowne, PA 19050 | Alexander Oleykowski<br>345 Congress Avenue<br>Lansdowne, PA 19050 | Noteholder | | 154,000.00 |
| Steinmetz, William<br>410 Highland Avenue<br>Collingswood, NJ 08108 | William Steinmetz<br>410 Highland Avenue<br>Collingswood, NJ 08108 | Noteholder | | 1,038,336.00 |
| Weiss, Elaine<br>2404 Lombard Street<br>Philadelphia, PA 19146 | Weiss, Elaine<br>2404 Lombard Street<br>Philadelphia, PA 19146 | Noteholder | | 70,926.11 |
| Weiss, Elaine<br>2404 Lombard Street<br>Philadelphia, PA 19146 | Elaine Weiss<br>2404 Lombard Street<br>Philadelphia, PA 19146 | Noteholder | | 53,231.78 |
| Williams, Marie<br>124 W. 10th Avenue<br>Conshohocken, PA 19428 | Marie Williams<br>124 W. 10th Avenue<br>Conshohocken, PA 19428 | Noteholder | | 76,451.20 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chairman of the Board of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  7/29/11                Signature  _____
                                        Anthony R. Thompson
                                        Chairman of the Board

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Delaware

In re  Liberty State Benefits of Delaware Inc.  
                           Debtor(s)

Case No.  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the Board of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  7/29/11

Anthony R. Thompson/Chairman of the Board  
Signer/Title

Software Copyright (c) 1996-2011 CCH INCORPORATED  www.bestcase.com    Best Case Bankruptcy

LIBERTY STATE BENEFITS OF DELAWARE
1201 ORANGE STREET, SUITE 600
WILMINGTON, DE 19801

GARVAN F. MCDANIEL
BIFFERATO GENTILOTTI LLC
800 NORTH KING STREET
PLAZA LEVEL
WILMINGTON, DE 19801

ASSIANTE, ALFRED
213 ST. JAMES PLACE
MERCHANTVILLE, NJ 08109

CATTELL, AUSTIN
324 CLEVELAND AVENUE
PITMAN, NJ 08071

CLIFFORD, ESTATE OF MARION
175 LEE LANE
CAPE MAY COURT HOUSE, NJ 08210

COMBS, MERLE
1306 HIGHLAND AVENUE
CINNAMINSON, NJ 08077

DIBBLEE, MARIE
58 CENTRAL AVENUE
BRICK, NJ 08724

ELAINE WEISS
2404 LOMBARD STREET
PHILADELPHIA, PA 19146

FLYNN, MARK
201 BALSAM COURT
MEDFORD, NJ 08055

FRATER, CLIFFORD AND DOROTHY
301 N. LAFAYETTE DRIVE
VENTNOR CITY, NJ 08406

HARRISON, ADELE
900 ROBBINS AVENUE
PHILADELPHIA, PA 19111

HYMAN, BERNARD
475 W. 57TH STREET
APR. 30-D
NEW YORK, NY 10018

KASARDA, ADELINE
3 LEATHERLEAF COURT
MEDFORD, NJ 08055

KINGAN, CHARLES IFT
1426 CALLOWHILL STREET
SUITE 301
PHILADELPHIA, PA 19130

LEE, MARIE
5 KINGSWOOD ROAD
SHAMONG, NJ 08088

MARCOZZI, ERASMO
810 HILTOP ROAD
CINNAMINSON, NJ 08077

MCCANN, FRANCIS
C/O 1426 CALLOWHILL STREET
PHILADELPHIA, PA 19130

MCLAUGHLIN, CHRISTOPHER
518 E. HECTOR STREET
CONSHOHOCKEN, PA 19428

MORRISON, LORETTA
411 TUCKAHOE ROAD
MARMORA, NJ 08223

OLEYKOWSKI, ALEXANDER
345 CONGRESS AVENUE
LANSDOWNE, PA 19050

STEINMETZ, WILLIAM
410 HIGHLAND AVENUE
COLLINGSWOOD, NJ 08108

WAROPAY, SHIELA
422 MARGINELLA LANE
INDIALANTIC, FL 32903

WEISS, ELAINE
2404 LOMBARD STREET
PHILADELPHIA, PA 19146

WILLIAMS, MARIE
124 W. 10TH AVENUE
CONSHOHOCKEN, PA 19428

# United States Bankruptcy Court
## District of Delaware

In re  **Liberty State Benefits of Delaware Inc.**   
                     Debtor(s)

Case No. _____  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Liberty State Benefits of Delaware Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Liberty State Financial Holdings Corp.**

☐ None [*Check if applicable*]

Date  7/29/11

Garvan F. McDaniel 4167  
Signature of Attorney or Litigant  
Counsel for  **Liberty State Benefits of Delaware Inc.**  
Bifferato Gentilotti LLC  
800 North King Street  
Plaza Level  
Wilmington, DE 19801  
302-429-1900 Fax:302-429-8600  
gmcdaniel@bglawde.com