# Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 11-12404 (CSS) |
| LIBERTY STATE BENEFITS OF DELAWARE INC., *et al.*,[1] | |
| | Jointly Administered |
| Debtors. | **Re: Docket No. _____** |

**ORDER GRANTING THE EMERGENCY MOTION OF PAULA T. DOW, ATTORNEY GENERAL OF NEW JERSEY, ON BEHALF OF ABBE R. TIGER, CHIEF OF THE NEW JERSEY BUREAU OF SECURITIES AND RICHARD W. BARRY, FISCAL AGENT, FOR ENTRY OF AN ORDER (i) DISMISSING OR CONVERTING THE CHAPTER 11 CASES UNDER 11 U.S.C. § 1112(B); OR, IN THE ALTERNATIVE, (ii) DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE OR EXCUSING THE FISCAL AGENT FROM COMPLIANCE WITH 11 U.S.C. § 543; OR IN THE ALTERNATIVE, (iii) ABSTAINING FROM, SUSPENDING OR DISMISSING THE CASES UNDER 11 U.S.C. § 305**

This matter coming before the Court on the *Emergency Motion of Paula T. Dow, Attorney General of New Jersey, on behalf of Abbe R. Tiger, Chief of the New Jersey Bureau of Securities (the "Bureau") and Richard W. Barry, Fiscal Agent, for the entry of an Order (i) dismissing or converting the chapter 11 cases under 11 U.S.C. § 1112(b); or, in the alternative, (ii) directing the appointment of a chapter 11 trustee or excusing the Fiscal Agent from compliance with 11 U.S.C. § 543; or, in the alternative, (iii) abstaining from, suspending or dismissing the Cases under 11 U.S. C. § 305* (the "Motion"),[2] and upon consideration of the Declaration in support thereof, and upon the arguments and testimony adduced with respect to the Motion at a hearing before the Court (the "Hearing"), and any objections to the Motion having been withdrawn or overruled on the merits, the Court finds and concludes that: (a) the

---

[1] The Debtors in these Cases are Liberty State Benefits of Delaware Inc. (2954), Liberty State Benefits of Pennsylvania, Inc. (8309), and Liberty State Financial Holdings Corp. (5814).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

-2-

Court has jurisdiction over the subject matter of the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the legal and factual bases set forth in the Motion and on the record at the Hearing establish just cause for the relief granted herein; (d) the relief requested by the Motion is (i) necessary and appropriate to carry out the provision of the Bankruptcy Code, and (ii) in the best interests of all parties in interest; and (e) notice of the Motion was sufficient and no other or further notice need be provided; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors' Cases are hereby dismissed.

3. This Order shall be immediately effective and enforceable upon its entry.

4. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: _____                    _____
                                          The Honorable Christopher S. Sontchi, U.S.B.J.

NY\51032595.1