IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 11-12404(KG) |
| LIBERTY STATE BENEFITS | ) | (Jointly Administered) |
| OF DELAWARE INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | **Re Dkt No. 22** |

## ORDER

Debtors moved to enforce the automatic stay pursuant to 11 U.S.C. § 362(a)(1) and (6), of an enforcement action brought by the Attorney General of the State of New Jersey against Debtors (the "NJ Action"). See Debtors' Emergency Motion for Entry of Order Enforcing Automatic Stay of New Jersey Attorney General State Court Action (D.I. 22). For the following reasons and those stated on the record at the hearing on August 11, 2011, the Court will deny the Motion.

1. On March 10, 2011, Paula T. Dow, Attorney General of New Jersey, on behalf of Marc B. Minor, Chief of the New Jersey Bureau of Securities filed in the Superior Court of New Jersey Chancery Division: General Equity Essex County (the "NJ Court") commenced an action against Debtors.

2. The NJ Court entered an order on August 9, 2011, ruling that the NJ Action is exempt from the automatic stay pursuant to 11 U.S.C. § 362(b)(4) because it comes within the police and regulatory exemption.

3. This Court is of a different view on the exemption and would hold that it is not applicable under the present circumstances. See *In re Nortel Networks Corp.*, 426 B.R. 84, 93 (Bankr.D.Del. 2010). Nonetheless, the Court is not at liberty to, in effect, overrule the NJ Court's ruling.

4. The NJ Court had jurisdiction to determine the applicability of the automatic stay to an action pending before it. *In re Singleton*, 230 B.R. 533, 538-39 (6th Cir. BAP 1999). The Third Circuit has expressly ruled that a bankruptcy court has no right to sit in appellate review of a state court decision and thereby overturn a ruling of a state court of competent jurisdiction. *In re James*, 940 F.2d 46, 51 (3d Cir. 1991).

Accordingly, the Motion is DENIED.

Dated: August 12, 2011

KEVIN GROSS, U.S.B.J.