# SULLIVAN • HAZELTINE • ALLINSON LLC
ATTORNEYS AND COUNSELORS AT LAW

**William D. Sullivan**  
bsullivan@sha-llc.com

**William A. Hazeltine**  
whazeltine@sha-llc.com

**Elihu E. Allinson, III**  
zallinson@sha-llc.com

901 North Market Street, Suite 1300  
Wilmington, Delaware 19801  
Tel: (302) 428-8191  
Fax: (302) 428-8195

August 19, 2011

The Honorable Kevin Gross, Judge  
United States Bankruptcy Court for the District of Delaware  
824 North Market Street, 6th Floor  
Wilmington, DE 19801

    **Re: Liberty State Benefits of Delaware, Case No. 11-12404(KG)**

    I represent Michael W. Kwasnik in the referenced matter. Mr. Kwasnik was the former Corporate Counsel to the Debtors and is a creditor of the Debtors.

    The New Jersey Bureau of Securities and Richard Barry, the Fiscal Agent, have made false statements and accusations in pleadings filed with this Court in the referenced matter. Contemporaneously with the filing of this letter, Mr. Kwasnik is filing his Certification, the Certification of Daniel J. Duffy, CPA, and the Certification of Robert E. Motter, together with accompanying exhibits, to provide documentation that directly contradicts the accusations against him and the allegations made by the Bureau and Mr. Barry that Liberty State was a "Ponzi Scheme".

    The Certifications and the three separate financial reports attached as exhibits establish that Mr. Kwasnik did <u>not</u> convert funds from Liberty State for his own use and that Liberty State's financials were inaccurately portrayed to the Court by the Bureau and Mr. Barry.

    I am available at the Court's convenience should Your Honor have any questions.

                                  Respectfully,

                                  William A. Hazeltine

cc: All Counsel of Record