# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 11-12404 (CSS) |
| LIBERTY STATE BENEFITS | : | |
| OF DELAWARE INC., *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## NOTICE OF <u>AMENDED</u>[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 26, 2011 AT 9:30 A.M. (ET)

**I.   CONTESTED MATTERS GOING FORWARD**:

1. Debtors' Motion for Extension of Time to File Schedules and Statements of Financial Affairs [Docket No. 3; filed July 29, 2011].

    <u>Objection Deadline</u>:   August 11, 2011 at 12:00 p.m. (ET)

    <u>Objections/Responses Filed</u>:

    A.   Objection of Paula T. Dow, Attorney General of New Jersey, on Behalf of Abbe R. Tiger, Chief of the New Jersey Bureau of Securities and Richard W. Barry, Fiscal Agent, to the Debtors' Application and Motion for Entry of Orders: (I) Authorizing the Retention and Employment of Bifferato Gentilotti LLC as Counsel for the Debtors Effective as of the Petition Date; and (II) Extending the Time for Debtors Deadline to File Their Schedules and Statements of Financial Affairs [Docket No. 45, filed August 12, 2011].

    <u>Related Items</u>:

    A.   Notice of Debtors' Motion for Extensions of Time to File Schedules and Statements of Financial Affairs [Docket No. 10; filed August 1, 2011].

    B.   Re-Notice of Hearing of Debtors' Motion for Extension of Time to File Schedules and Statements of Financial Affairs [Docket No. 51, filed August 16, 2011].

    <u>Status</u>: **The parties have reached a global resolution of the pending motions on this agenda that they will present to the Court at the hearing.**

---

[1] The Debtors in these cases are Liberty State Benefits of Delaware Inc. (2954), Liberty State Benefits of Pennsylvania, Inc. (8309), and Liberty State Financial Holdings Corp. (5814).

[2] Amended items appear in **bold**.

2. Application of the Debtors Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014(a) for an Order Authorizing the Retention and Employment of Bifferato Gentilotti LLC as Counsel for the Debtors Effective as of the Petition Date [Docket No. 4; filed July 29, 2011].

   Objection Deadline:   August 11, 2011 at 12:00 p.m. (ET)

   Objections/Responses Filed:

   A.   Objection of Paula T. Dow, Attorney General of New Jersey, on Behalf of Abbe R. Tiger, Chief of the New Jersey Bureau of Securities and Richard W. Barry, Fiscal Agent, to the Debtors' Application and Motion for Entry of Orders: (I) Authorizing the Retention and Employment of Bifferato Gentilotti LLC as Counsel for the Debtors Effective as of the Petition Date; and (II) Extending the Time for Debtors Deadline to File Their Schedules and Statements of Financial Affairs [Docket No. 45, filed August 12, 2011].

   Related Items:

   A.   Notice of Application of the Debtors Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014(a) for an Order Authorizing the Retention and Employment of Bifferato Gentilotti LLC as Counsel for the Debtors Effective as of the Petition Date [Docket No. 11; filed August 1, 2011].

   B.   Re-Notice of Hearing of Application of the Debtors Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014(a) for an Order Authorizing the Retention and Employment of Bifferato Gentilotti LLC as Counsel for the Debtors Effective as of the Petition Date [Docket No. 52, filed August 16, 2011].

   C.   Supplemental Declaration of Garvan F. McDaniel in Support of Application of the Debtors Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014(a) for an Order Authorizing the Retention and Employment of Bifferato Gentilotti LLC as Counsel for the Debtors Effective as of the Petition Date [Docket No. 55, filed August 17, 2011].

   Status:   **The parties have reached a global resolution of the pending motions on this agenda that they will present to the Court at the hearing.**

3. Joint Emergency Motion of the Attorney General of New Jersey, on Behalf of Abbe R. Tiger, Chief of the New Jersey Bureau of Securities and the Court-Appointed Fiscal Agent for Entry of an Order (I) Dismissing or Converting the Chapter 11 Cases Under 11 U.S.C. § 1112(b); or, in the Alternative, (II) Directing the Appointment of a Chapter 11 Trustee or Excusing Compliance With 11 U.S.C. § 543; or, in the Alternative, (III) Abstaining From, Suspending or Dismissing the Cases Under 11 U.S.C. § 305(a) [Docket No. 29; filed August 11, 2011].

Objection Deadline: August 24, 2011 at 4:00 p.m. (ET)

Objections/Responses Filed: None.

Related Items:

A. Joint Motion for Order Shortening and Limiting Notice and Scheduling Expedited Consideration and Hearing on the Emergency Motion of Paula T. Dow, Attorney General of New Jersey, on Behalf of the chief of the New Jersey Bureau of Securities and Richard W. Barry, Fiscal Agent, for Entry of an Order (i) Dismissing or Converting the Chapter 11 Cases Under 11 U.S.C. § 1112(b); or, in the Alternative, (ii) Directing the Appointment of a Chapter 11 Trustee or Excusing the Fiscal Agent From Compliance With 11 U.S.C. § 543; or, in the Alternative, (iii) Abstaining From, Suspending or Dismissing the Cases Under 11 U.S.C. § 305 [Docket No. 30; filed August 11, 2011].

B. Order Shortening Notice and Limiting Notice and Scheduling Expedited Consideration and Hearing of the Emergency Motion of Paula T. Dow, Attorney General of New Jersey, on Behalf of the Chief of the New Jersey Bureau of Securities and Richard W. Barry, Fiscal Agent, for Entry of an Order (i) Dismissing or Converting the Chapter 11 Cases Under 11 U.S.C. § 1112(b); or, in the Alternative, (ii) Directing the Appointment of a Chapter 11 Trustee or Excusing the Fiscal Agent from Compliance With 11 U.S.C. § 543; or, in the Alternative, (iii) Abstaining From, Suspending or Dismissing the Cases Under 11 U.S.C. § 305 [Docket No. 35, filed August 11, 2011].

C. Notice of Hearing [Docket No. 44, filed August 12, 2011].

D. Joinder in Joint Emergency Motion of the Attorney General of New Jersey, on Behalf of Abbe R. Tiger, Chief of the New Jersey Bureau of Securities and the Court-Appointed Fiscal Agent for Entry of an Order (I) Dismissing or Converting the Chapter 11 Cases Under 11 U.S.C. § 1112(b); or, in the Alternative, (II) Directing the Appointment of a Chapter 11 Trustee or Excusing Compliance With 11 U.S.C. § 543; or, in the Alternative, (III) Abstaining From, Suspending or Dismissing the Cases Under 11 U.S.C. § 305(a) [Docket No. 65, filed August 23, 2011].

Status: **The parties have reached a global resolution of the pending motions on this agenda that they will present to the Court at the hearing.**

4. Motion of the United States Trustee for Entry of an Order Dismissing the Debtors' Chapter 11 Cases Pursuant to Section 305 of the Bankruptcy Code, or, in the Alternative, Appointing a Chapter 11 Trustee Pursuant to Section 1104, or, in the Alternative, Converting the Chapter 11 Cases to Cases under Chapter 7 Pursuant to Section 1112 of the Bankruptcy Code [Docket No. 41; filed August 12, 2011].

Objection Deadline: August 24, 2011 at 4:00 p.m. (ET)

Objections/Responses Filed: None to date.

Related Items:

A.  Motion to Shorten Notice of the Motion of the United States Trustee for Entry of an Order Dismissing the Debtors' Chapter 11 Cases Pursuant to Section 305 of the Bankruptcy Code, or, in the Alternative, Appointing a Chapter 11 Trustee Pursuant to Section 1104, or, in the Alternative, Converting the Chapter 11 Cases to Cases Under Chapter 7 Pursuant to Section 1112 of the Bankruptcy Code [Docket No. 42; filed August 12, 2011].

B.  Order Shortening Time [Docket No. 47, filed August 15, 2011].

C.  Notice of Motion for Entry of an Order Dismissing the Debtors Chapter 11 Cases Pursuant to Section 305 of the Bankruptcy Code, or, in the Alternative, Appointing a Chapter 11 Trustee Pursuant to Section 1104 of the Bankruptcy Code, or, in the Alternative, Converting the Chapter 11 Cases to Cases under Chapter 7 Pursuant to 1112 of the Bankruptcy Code [Docket No. 43, filed August 12, 2011]

Status: **The parties have reached a global resolution of the pending motions on this agenda that they will present to the Court at the hearing.**

Dated: August 25, 2011               BIFFERATO GENTILOTTI LLC

*/s/ Mary E. Augustine*
Garvan McDaniel (No. 4167)
Mary E. Augustine (No. 4477)
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 429-1900
Facsimile: (302) 429-8600
gmcdaniel@bglawde.com
maugustine@bglawde.com

*Proposed Attorneys for the Debtors*

4