# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | Liberty State Benefits of Delaware Inc. |
| **Case Number:** | 11-12404-CSS **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, AUGUST 26, 2011 09:30 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## Matter:

Motion to Dismiss

**R / M #:**   68 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
  ORDER SIGNED  - Chapter 11 Trustee will be appointed
#1 -  Resolved - ORDER SIGNED
#2 -  Resolved - ORDER SIGNED
#3 -  Resolved - ORDER SIGNED
# 4 -  Resolved - ORDER SIGNED