

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | Case No. 11-12404 (KG) |
| LIBERTY STATE BENEFITS : | |
| OF DELAWARE INC., *et al.*,[1] : | |
| : | Jointly Administered |
| Debtors. : | |
| : | Re: Docket No. 3 |

## ORDER GRANTING EXTENSIONS OF TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

This matter coming before the Court on the Debtors' Motion for Extensions of Time to File Schedules and Statements of Financial Affairs (the "Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having determined that adequate notice of the Motion has been given; and the Court having read and considered the Motion, objections to the Motion, if any, and arguments of any counsel appearing regarding the relief requested in the Motion at a hearing before the Court; and the Court having considered that the imminent appointment of a chapter 11 trustee is cause to grant additional time for the chapter 11 trustee to review the Debtors' financials and prepare Schedules of Assets and Liabilities and Statements of Financial Affairs; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors' estates, all creditors and parties in interest; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the time within which the Schedules of Assets and Liabilities and Statements of Financial Affairs must be filed by the chapter 11 trustee under Bankruptcy Rule 1007 is extended through and including ~~September 16~~ October 17, 2011; and it is further

---

[1] The Debtors in these cases are Liberty State Benefits of Delaware Inc. (2954), Liberty State Benefits of Pennsylvania, Inc. (8309), and Liberty State Financial Holdings Corp. (5814).

ORDERED that the entry of this Order shall be without prejudice to the chapter 11 trustee's rights to seek further extensions of time within which to file Schedules of Assets and Liabilities and Statements of Financial Affairs.

Dated: August 26, 2011

The Honorable Kevin Gross
Chief United States Bankruptcy Judge