UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| LIBERTY STATE BENEFITS OF | : Case Number 11-12404 (KG) |
| DELAWARE INC., *et al.*, [1] | : Jointly Administered |
| | : |
| | : |
| Debtors. | : |

APPLICATION OF THE UNITED STATES TRUSTEE
FOR ENTRY OF AN ORDER APPROVING APPOINTMENT
OF RICHARD W. BARRY AS CHAPTER 11 TRUSTEE

Roberta A. DeAngelis, United States Trustee for Region Three (the "United States Trustee"), through her counsel, hereby applies to this Court pursuant to Rule 2007.1 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for entry of an order approving the appointment of Richard W. Barry as the chapter 11 trustee in the above-captioned cases (the Application"). In support of the Application, the United States Trustee respectfully represents as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. Pursuant to 28 U.S.C. § 586(a)(3), the United States Trustee is charged with administrative oversight of the bankruptcy system in this District. Such oversight is part of the United States Trustee's overarching responsibility to enforce the laws as written by Congress and interpreted by the courts. *See United States Trustee v. Columbia Gas Systems, Inc. (In re*

---

[1] The Debtors, together with the last four digits of each debtor's federal tax identification number, are Liberty State Benefits of Delaware Inc. (2954), Liberty State Benefits of Pennsylvania, Inc. (8309) and Liberty State Financial Holdings Corp. (5814).

*Columbia Gas Systems, Inc.),* 33 F.3d 294, 295-96 (3d Cir. 1994) (noting that United States Trustee has "public interest standing" under 11 U.S.C. § 307 which goes beyond mere pecuniary interest); *Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.)*, 898 F.2d 498, 500 (6th Cir. 1990) (describing the United States Trustee as a "watchdog"); *see also* 11 U.S.C. § 1104(e) (United States Trustee shall seek appointment of a trustee in appropriate circumstances); 28 U.S.C. § 586(a)(8) (United States Trustee's responsibility to seek relief under 11 U.S.C. § 1112(b) in appropriate circumstances).

## BACKGROUND

3. On July 29, 2011 (the "Petition Date"), Liberty States Benefits of Delaware Inc., Liberty State Benefits of Pennsylvania, Inc. and Liberty State Financial Holdings Corp. (collectively the "Debtors") commenced these cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

4. On August 26, 2011, this Court entered the Order Directing the Appointment of a Chapter 11 Trustee and Other Relief (Docket No. 77).

5. The United States Trustee has appointed Richard W. Barry as chapter 11 trustee (the "Proposed Trustee") in the above-captioned cases.

6. Counsel for the United State trustee has consulted with the following parties-in-interest regarding the appointment of the Trustee:

   a. Garvan McDaniel, Esquire, Bifferato Gentilotti LLC, representing the Debtors;

   b. Stacy-Ann Davy, Esquire, Deputy Attorney General, Office of the New Jersey Attorney General;

   c. S. Jason Teele, Esquire, Lowenstein Sandler PC, representing Westdale Construction, Ltd.; and

      d.      Michael Katz, Esquire, Edward L. Paul & Associates, P.C., representing Alternative Financial Solutions, LLC.

7.      To the best of the United States Trustee's knowledge, the Proposed Trustee's connections with the Debtors, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the verified statement attached hereto as Exhibit A.

WHEREFORE, the United States Trustee requests that the Court enter an order, substantially in the form attached hereto as Exhibit B, approving the appointment of Richard W. Barry as chapter 11 trustee in the above-captioned cases.

Dated: August 31, 2011
      Wilmington, Delaware

Respectfully submitted,

**ROBERTA A. DeANGELIS**
**UNITED STATES TRUSTEE**

By: */s/ T. Patrick Tinker*           .
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (Fax)