## **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| LIBERTY STATE BENEFITS OF | : Case Number 11-12404 (KG) |
| DELAWARE INC., *et al.*, [1] | : Jointly Administered |
| | : |
| | : |
| Debtors. | : |

### VERIFIED STATEMENT OF RICHARD W. BARRY

I hereby verify that I have no connections with the debtors, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except as follows: none, other than (1) since March 16, 2011, I served as the Court appointed fiscal agent, appointed by the Superior Court of New Jersey by Court Order dated March 16, 2011, for Liberty Financial Holdings Corp. and Liberty State Benefits of Pennsylvania (collectively, "Liberty"), and (2) from July, 2010 to March 2011, the accounting firm with whom I was then employed was retained by the law firm of Krovatin Klingeman LLC, who represented Liberty in connection with the investigation of the State of New Jersey, Bureau of Securities.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/29/11

Richard W. Barry

---

[1]  The Debtors, together with the last four digits of each debtor's federal tax identification number, are Liberty State Benefits of Delaware Inc. (2954), Liberty State Benefits of Pennsylvania, Inc. (8309) and Liberty State Financial Holdings Corp. (5814).