IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 11-12404(KG) |
| LIBERTY STATE BENEFITS | ) | (Jointly Administered) |
| OF DELAWARE INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | **Re Dkt. No. 83** |

**ORDER APPROVING THE APPOINTMENT OF
RICHARD W. BARRY AS CHAPTER 11 TRUSTEE**

The Court having considered the Application of the United States Trustee for Entry of an Order Approving the Appointment of Richard W. Barry as chapter 11 trustee in the above-captioned cases, it there hereby

ORDERED, that the appointment is approved.

Dated: September 1, 2011

_____
KEVIN GROSS, U.S.B.J.