Richard W. Barry
1009 Philadelphia Avenue
Point Pleasant, NJ  08742-2968
Phone:  856.899.2700
Email:  rwbarryconsulting@gmail.com

September 7, 2011

Honorable Kevin Gross
United States Bankruptcy Judge
United States Bankruptcy Court
District of Delaware
824 N. Market Street
Wilmington, DE  19801

Re:    In re Liberty State Benefits of Delaware Inc., *et al.*
       Case No.:  11-12404 (KG)

Dear Judge Gross:

In accordance with the Notice of Appointment of Chapter 11 Trustee filed in connection with the chapter 11 cases of Liberty State Benefits of Delaware, Inc., Liberty State Benefits of Pennsylvania, Inc. and Liberty State Financial Holdings Corp. (collectively the "Debtors"), I hereby accept my appointment as chapter 11 trustee for the Debtors.  Thank you.

Respectfully submitted,

Richard W. Barry

cc:    Office of the United States Trustee, Tiarra N.A. Patton, Trial Attorney

NY\51049827.1