IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LIBERTY STATE BENEFITS OF | : | Case No. 11-12404 (KG) |
| DELAWARE INC., et al., | : | |
|     Debtors | | |

### NOTICE OF FILING INDIVIDUAL BOND OF TRUSTEE

To:   Parties on the attached service list

PLEASE TAKE NOTICE that on September 8, 2011, Roberta A. DeAngelis, United States Trustee, filed and served the attached Individual Bond of Richard W. Barry, Chapter 11 Trustee for the above-captioned estate.

          ROBERTA A. DEANGELIS
          UNITED STATES TRUSTEE

    By: /s/ Tiiara N. A. Patton
        Tiiara N. A. Patton, Esquire
        Office of the U.S. Trustee
        J. Caleb Boggs Federal Building
        844 King Street, Suite 2207, Lockbox 35
        Wilmington, Delaware 19801
        Tel. (302) 573-6491
        Fax: (302) 573-6497

Dated: September 8, 2011