September 7, 2011

Roberta DeAngelis
United States Trustee for Region 3
c/o Tiara Patton
Trial Attorney
Office of the United States Trustee
844 King Street, Suite 207
Lockbox 35
Wilmington, DE  19801

RE:   **Liberty State Benefits of Delaware, *et al.*, Case No. 11-12404(KG) Jointly Administered Pending in the United States Bankruptcy Court for the District of Delaware**

Dear Ms. DeAngelis:

I am a note holder of debtor Liberty State Benefits of Delaware and/or Pennsylvania, Inc.. As of the date of bankruptcy filing, I was owed $50,980.20, including interest on my notes.

On August 26, 2011, the Bankruptcy Court entered its Order Directing Appointment of the Chapter 11 Trustee and Granting Other Relief. On August 30, 2011, your office appointed Richard W. Barry as Chapter 11 Trustee of the Debtors' estates pursuant to Section 1104(a) of the Bankruptcy Code. Pursuant to Section 1104(b) of the Bankruptcy Code, I request that you convene a meeting of creditors for the purpose of electing a <u>new</u> Chapter 11 Trustee in these cases.

Sincerely,

Patricia K. Foley