# EXHIBIT A

## AFFIDAVIT OF LOUIS T. DELUCIA, ESQ.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 11-12404(KG) |
| LIBERTY STATE BENEFITS OF | ) (Jointly Administered) |
| DELAWARE INC., *et al.*, | ) |
| | ) |
| Debtors.[1] | ) |
| | ) |

**AFFIDAVIT OF LOUIS T. DELUCIA IN SUPPORT OF THE TRUSTEE'S APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. OF BANKR. P. 2014 FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SCHIFF HARDIN LLP AS COUNSEL FOR THE CHAPTER 11 TRUSTEE EFFECTIVE AS OF AUGUST 31, 2011**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK  )

Louis T. DeLucia, of full age, being duly sworn according to law, upon his oath, deposes and says:

1.      I am an attorney-at-law admitted to practice in New York, New Jersey and the District of Delaware, and a partner of the law firm of Schiff Hardin LLP ("Schiff" or the "Firm"), with offices at 666 Fifth Ave., 17th Floor, New York, New York 10103.

2.      I make this Affidavit in support of the Application of Richard W. Barry, as trustee ("Trustee") for the above-captioned chapter 11 debtors ("Debtors"), for entry of an Order, pursuant to Section 327(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014(a), authorizing the retention and employment of Schiff as counsel to the Trustee, effective

---

[1] The Debtors include Liberty State Benefits of Delaware Inc. (Docket No. 11-12404), Liberty State Benefits of Pennsylvania, Inc. (Docket No. 11-12405) and Liberty State Financial Holdings Corp. (Docket No. 11-12406).

August 31, 2011. Unless otherwise stated in this Affidavit, I have personal knowledge of the facts set forth herein.

### SERVICES TO BE RENDERED

3.     Schiff has agreed to render professional services to the Trustee including, but not limited to, the following:

a.     advise the Trustee with respect to his rights, powers and duties in these cases;

b.     assist and advise the Trustee with respect to the Debtors' business operations, the administration of these cases, including the sale and liquidation of the Debtors' assets and businesses;

c.     assist the Trustee with his investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors and their estates in order to maximize the value of the Debtors' assets for the benefit of all creditors;

d.     assist the Trustee with respect to any communications and negotiations with the Official Committee of Unsecured Creditors ("Creditors' Committee"), if any, or any other third party concerning any matters related to the administration of these cases, including, but not limited to, the terms of any plan of reorganization or liquidation that may be proposed in these cases;

e.     assist the Trustee in analyzing the claims of creditors and in negotiating with such creditors;

f.     commence and prosecute any necessary and appropriate actions and/or proceedings on behalf of the Debtors' estates;

g.     review, analyze or prepare, on behalf of the Trustee, all necessary applications, motions, answers, orders, reports, schedules, pleadings and other documents;

h.     represent the Trustee at all hearings and other proceedings;

i.     confer with professional advisors retained by the Trustee, or previously retained by the Debtors or the Creditors' Committee, if any, in providing advice to the Trustee; and

j.     perform all other necessary legal services in these cases as may be requested by the Trustee.

4.    Subject to this Court's approval, Schiff is willing to serve as the Trustee's counsel in these cases.

## DISINTERESTEDNESS OF SCHIFF HARDIN LLP

5.    To the best of my knowledge, based on the conflict searches described below, neither I, the Firm, nor any partner, counsel or associate thereof, as far as I have been able to determine, (a) has any connection with the Debtors, their creditors or any other significant parties-in-interest, or their respective attorneys and accountants, the Office of the United States Trustee for Region Three (the "UST") or any persons employed by the UST, except as stated herein, (b) is a creditor of the Debtors within the meaning of section 101(10) of the Bankruptcy Code, or (c) holds any interest adverse to the Debtors' estates.  To the best of my knowledge, Schiff, its partners, counsel and associates are all "disinterested persons" as that term is defined in section 101(14) of the Bankruptcy Code.

6.    The Firm did, however, represent Mr. Barry in his capacity as Fiscal Agent in these cases prior to his appointment as Trustee.  Effective as of the Appointment Date, Schiff will represent Mr. Barry in his capacity as Trustee. The reimbursement of any fees and costs due and owing to the Firm by Mr. Barry in his capacity as Fiscal Agent, from the Petition Date through the Appointment Date, will be sought by Court Order under sections 503 and 543 of the Bankruptcy Code.

7.    In connection with the preparation of this Affidavit, Schiff has performed one or more extensive conflicts searches of all of the Debtors and their officers, directors and affiliates, and certain alleged parties-in-interest in the Debtors' cases, as set forth on Exhibit A[2] hereto,

---

[2] The Trustee is in the process of reviewing the Debtors' assets, liabilities, creditors, equity security holders, etc.  Under no circumstances should the inclusion of any party or person on the conflict list affixed hereto should be read as an admission on the part of the Trustee that

including: (i) the creditors listed on the Debtors' schedules filed of date; (ii) other parties-in-interest, (iii) the Debtors and their related parties and entities, (iv) the Debtors' present and former officers, directors, members and alleged equity security holders, (v) the Debtors' note holders, (vi) employees of the Office of the UST, and (vii) the Debtors' advisors and professionals. Schiff performed such searches in accordance with its usual and customary conflicts search procedures, and the results of that extensive search and review process forms the basis for the statements and disclosures made below. Moreover, a firm-wide email was circulated inquiring as to the existence of any connections with certain parties related to these cases, including the Debtors, the Office of the United States Trustee for Region Three and any employees thereof, and the Honorable Kevin Gross, presiding over these cases.

8.    Debtors identified Herzog, Heine, Geduld, Inc. ("Herzog") as an equity holder of Liberty State Financial Holdings Corp. As of this date, the Trustee has not confirmed that Herzog is in fact an equity security holder. Herzog is believed to have merged, in prior years, with another subsidiary of Bank of America Corporation (the "Bank"). While Schiff does not represent Herzog, it does represent other subsidiaries of the Bank in unrelated matters. Specifically, Schiff represents Bank of America, N.A., Banc of America Securities LLC, Merrill Lynch Business Financial Services, Inc., among others. Schiff's representation of the Bank in other non-related matters will not affect the Firm's representation of the Trustee in these cases.

9.    Pursuant to section 327(c) of the Bankruptcy Code or otherwise, Schiff is not disqualified from acting as the Trustee's counsel merely because it represents creditors or other parties in interest in matters unrelated to these chapter 11 cases.

---

such person or party is in fact entitled to the classification, identification or any treatment by virtue of his/her/its inclusion on the conflicts list.

10.     With respect to the Debtors' professionals and other advisors, Schiff may have previously been involved, or may currently or in the future be involved in matters in which such parties are also are involved, none of which relationships constitute disqualifying connections for the services which Schiff proposes to render to the Trustee.

11.     If any new facts or relationships are discovered or hereafter arise which make any of the foregoing statements incorrect in any material way, Schiff will use reasonable efforts to promptly file a supplemental affidavit as required by Rule 2014(a).

12.     In the event that an actual conflict should hereafter arise or be discovered, the Trustee will seek the Court's approval to employ conflicts counsel or permission to allow the Creditors' Committee to undertake the prosecution or defense of such claim on behalf of the Debtors' estate(s).

## COMPENSATION

13.     Schiff intends to apply for compensation for professional services rendered in connection with this Case subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules and orders of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Schiff. Schiff's current hourly rates applicable to the principal attorneys and paralegals proposed to represent the Trustee are:

| Professional | Rate Per Hour |
| --- | --- |
| Louis T. DeLucia | $727 |
| Alyson M. Fiedler | $550 |
| Henry P. Behnen | $340 |

However, Schiff has agreed to a 20% reduction of each attorney and paraprofessional's hourly rates, with no attorney charging more than $500.00 per hour. Other attorneys and paralegals will render services as needed. Generally, Schiff's hourly rates are in the following ranges:

| Professional | Rate Per Hour |
|---|---|
| Partners | $435 - $880 |
| Of Counsel/Counsel | $325 - $845 |
| Associates | $205 - $560 |
| Legal Assistants/Paralegals | $125 - $515 |

The Trustee understands that the hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.

14.     The hourly rates set forth above are Schiff's standard hourly rates for work of this nature. These rates are set at a level designed to fairly compensate Schiff for its work and to cover fixed and routine overhead expenses. It is Schiff's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, expenses for "working meals," computerized research, and transcription costs, as well as non-ordinary overhead expenses such as overtime for secretarial personnel and other staff. Schiff will charge the Debtor's estate for these expenses in a manner and at rates consistent with charges made generally to Schiff's clients. Schiff believes that these expenses should fairly be charged to the clients incurring them rather than to increase the hourly rates and spread the expenses among all clients. In addition, Schiff intends to seek compensation for all time and expenses associated with its retention in accordance with sections 330 and 331 of the Bankruptcy Code and any orders of this Court, including the preparation of the Application, this Affidavit, and related documents, as well as any monthly fee statements or interim or final fee applications.

15.     Other than as set forth herein, there is no proposed arrangement to compensate Schiff. Schiff has not shared, nor agreed to share (a) any compensation it has received or may

receive with any other party or person, other than with the partners, counsel and associates of

Schiff, or (b) any compensation another person or party has received or may receive.

_____

Louis T. DeLucia

Sworn and subscribed to before me
this 26th day of September, 2011.

_____

LAURA A. FACOPOULOS
NOTARY PUBLIC, State of New York
No. 01-FA5070696 SUFFOLK
Qualified in Queens County
Commission Expires Dec. 23, _____ 2014

7

# EXHIBIT A

## POTENTIALLY INTERESTED PARTIES FOR CONFLICT CHECK

### List of Parties

| Debtors and Debtor Affiliates: | |
|---|---|
| | Liberty State Benefits of Delaware Inc. |
| | Liberty State Benefits of Pennsylvania, Inc. |
| | Liberty State Financial Holdings Corp. |
| | Liberty State Credit, Inc. |
| | Liberty State Insurance Services, Inc. |
| | Liberty State Wealth Management |

| List of Creditors Holding 20 Largest Unsecured Claims: | In re Liberty State Benefits of Delaware Inc. |
|---|---|
| | Assiante, Alfred |
| | Cattell, Austin |
| | Clifford, Estate of Marion |
| | Combs, Merle |
| | Dibblee, Marie |
| | Flynn, Mark |
| | Frater, Clifford and Dorothy |
| | Harrison, Adele |
| | Hyman, Bernard |
| | Kasarda, Adeline |
| | Kingan, Charles IFT |
| | Lee, Marie |
| | Marcozzi, Erasmo |
| | McCann, Francis |
| | McLaughlin, Christopher |
| | Oleykowski, Alexander |
| | Steinmetz, William |
| | Weiss, Elaine |
| | Williams, Marie |

| List of Creditors Holding 20 Largest Unsecured Claims | In re Liberty State Financial Holdings Corp. |
|---|---|
| | Alternative Financial Solutions, LLC |
| | Barbara H. Fleisher/Michael Ginn |
| | Gold Gocial Gerstein |

| List of Creditors Holding 20 Largest Unsecured Claims | In re Liberty State Benefits of Pennsylvania, Inc. |
|---|---|
| | Alternative Financial Solutions, LLC |
| | Marcozzi, Anthony |
| | Canale, Jennie |
| | Carroccia, Albert & Christine |
| | D'Allesandro IFT |

| | |
|---|---|
| | Defino, Jean |
| | Dorishook, Robert |
| | Gallagher, John |
| | Gantz, Virginia & William |
| | Gormley, George |
| | Gustenhoven, William |
| | Hotchkiss, John |
| | McArdle, William & Mary |
| | Rowe, Hansford |
| | Senske, Albertine |
| | Smith, James |
| | Smith, Maryann |
| | Steffens, Robert & Loretta |
| | Trudnak, John |
| | Westdale Construction Ltd. |

| List of Equity Security Holders | In re Liberty State Financial Holdings Corp. |
|---|---|
| | Hansford Rowe IFT |
| | Siegmeister, Lester & Beverly |
| | Fleisher, Barbara |
| | Andrew, Dorothy M. |
| | Anker, Mark & Tina |
| | Anker, Maxx Louis |
| | Baker, Annette |
| | Barany, Ernest |
| | Barrett, Janice |
| | Beachy, John |
| | Beebie, Gregory & Donna |
| | Berenato, Mark |
| | Bernard, Donald & Suellen |
| | Bongiorno, Rebecca |
| | Bongiorno, Anthony |
| | Bliss, Jayne |
| | Block, Alvin |
| | Blymer, James |
| | Boehm, Herman, Jr. |
| | Brittingham, Leon, Jr. |
| | Brandt, Lester S. |
| | Bresnen, Carol |
| | Breyley, Richard & Patricia |
| | Brickner, Vicki L. |
| | Brittingham, Albert |
| | Brown, Dorothy |
| | Brownholtz, Robert W., Jr. |
| | Brownholtz, Robert W., Sr. |

| | |
|---|---|
| | Buckley, Timothy |
| | Byrd, William |
| | Zhan, Julie |
| | Caccia, David |
| | Cancila, Henry |
| | Capritti, Christopher |
| | Carr, Charles & Marie |
| | Carino, Gisela |
| | Catarro, Albert |
| | Kwasnik, Catherine, IFT |
| | Cerrone, Joseph & Doris |
| | Cestone, Judith & Anthony |
| | Chalmers, David |
| | Chalmers, Joseph & Joan |
| | Yates, Joseph & Carole |
| | Christy, Anna |
| | Cinelli, Ottavio C. |
| | Cinelli, Ottavio C. (UTMA) |
| | Yates, Jonathan |
| | Cinelli, Todd |
| | Cinelli, Ottavio J. |
| | Yates, James |
| | Cinelli, Julius |
| | Cinelli, Barbara |
| | Cisela, Joseph |
| | Civinski, Irene |
| | Cohen, Janet & Stephen |
| | Conway, Mary |
| | Conway, Paul |
| | Cook, Ann Marie |
| | Willis, Allan & Mary |
| | Cowling, Albert |
| | Craven, Lester F. |
| | Craven, Marjorie f/b/o Marjorie Classen |
| | Wickham, Reginald & Eleanor |
| | Craven, Marjorie & Lester |
| | Crescenzo, Anthony, Jr. |
| | Curren-Kin, Martha |
| | Daisey, James |
| | Yates, Jacob |
| | Davis, Adrienne |
| | DeAngelo, Jeanette |
| | Deitsch, Erik |
| | DeLuca, Diane and Panza, Louis B., Jr. |
| | Weisberg, Edward H. |

| | |
|---|---|
| | DeSopo, Carmine & Loretta |
| | DiBella, Alea |
| | DiBella, Kelsey |
| | DiBella, Mackenzie |
| | DiBella, Madison |
| | DiBella, Russell & Mary |
| | DiBella, Michael & Gretchen |
| | DiBella, Russell & Kelley |
| | Dice, Becca Renee |
| | Dice, Emily Jean |
| | Dice, Joshua Paul |
| | Dice, Mindy Lynn |
| | Dickson, Christine M. |
| | Didio, Robert |
| | Dillon, Charles F. |
| | Donahue, Barbara E. |
| | D'Ottavi, Susan |
| | Drissel's Hardware, Inc. |
| | Drissel, Kay |
| | Drissel, Robert B., Sr. |
| | Drissel, Samuel & Sara |
| | Drissel, Thomas |
| | Dubbeling, Andre J. |
| | Duca, Matthew |
| | Ducat, Dawn |
| | Ducat, Doris G. |
| | Dunlap, Scott & Roberta |
| | Durkin, Kevin E. |
| | E.H. Hall Group, LLC c/o Edward H. Hall |
| | Ellingsworth, John T. |
| | Emmel, John, Jr. |
| | Emmerling, Shirley |
| | Environmental Services Group, Inc. |
| | Esposito, Carmen, Mr. & Mrs. |
| | Esposito, Isadore & Ann |
| | Faiola Children's Family Trust |
| | FanFarillo, Alexander J., Jr. |
| | Feast, John D. |
| | Ferry Irrevocable Trust |
| | Fichman, Herbert & Barbara |
| | Fisher, Carolyn B. |
| | Fisher, Harold L. |
| | Flitter, Romona |
| | Fore, Jacob Christopher |
| | Fore, Zachorry Barmont |

| | |
|---|---|
| | Foster, Edwin H. |
| | Fote, Lynda & Thomas |
| | Fox, Graham R. |
| | Fox, Katie M. |
| | Fox, Rachel B. |
| | Fox, Robert |
| | Francis, Michael and Gorman, Jean |
| | Francesconi, Albert |
| | Francis, Mary Anna |
| | Frannicola, Thomas |
| | Frarro, Joanne |
| | Galletta, Robert E. |
| | Gullo, Joseph |
| | Ganun, Joseph & Lorraine |
| | Garbarino, Anthony & Jennifer |
| | Gardiner, James & Patricia |
| | Gault, John W. |
| | Gilligan, Sandra |
| | Giles, Daria |
| | Ginn, Eden |
| | Gantz, Carol G. |
| | Graceland Management Corp. |
| | Granahan, Joseph |
| | Gratz, Janice & Jonathan |
| | Guzman-Reyes, Virma and Salazar, Christina L. |
| | Hall, Edward & Maria |
| | Hall, Michael |
| | Hamberg, Ivan |
| | Hamberg, Susan |
| | Hanna, Danielle |
| | Hanna, Jacqueline |
| | Hanna, James & Diane |
| | Harris, John L., FLP |
| | Harris, Robert & Judith |
| | Hashmi, Gulnaz |
| | Hayes, Robert & Miriam |
| | Heller, William & Beverly |
| | Hendricks, Betsy |
| | Herman, Keith A. |
| | Troxell, Connie |
| | Herzog, Heine, Geduld, Inc. |
| | Hill, W.M. |
| | Hinds, Richard & Lizann |
| | Hitt, John R. |
| | Homan, Alvin & Elizabeth |

| | |
|---|---|
| | Hovatter, Edward |
| | Hovatter, Kimberly |
| | Hudson, Curt |
| | Iannone, Marie Morrill |
| | IDM Consulting – Tibberino, Rick |
| | Ireland, Lisa |
| | Irons, Wayne |
| | Jenkines, William, III |
| | Jentsch, William |
| | Johnson, Robert P. |
| | Kamenar, Michael |
| | Kane, Marianne |
| | Kanowitz, Howard |
| | Kassekert, Barbara |
| | Kaufman, Simon |
| | Keller, Francine |
| | Von Zech, Paul & Anita |
| | Kuty, Jennifer |
| | Kennedy, Garfield |
| | Khan, Arif |
| | Kincaid, Gregory |
| | Kincaid, Howard |
| | Klim, John |
| | Knittel, Robert C. |
| | Koerner, Kevin & Carol |
| | Kosofsky, Irvin & Lorraine |
| | Krotz, Patricia |
| | Kwiatkowski, Joseph F. |
| | White, Gerald S. |
| | Ladik, Megan & Anthony |
| | Lahullier, Karen |
| | Land, Jeffrey |
| | LaRocca, Robert |
| | Lee, Marie |
| | Leielli, Ronald |
| | Lewis, James & Barbarann |
| | Lipshutz, Arthur |
| | Lobraico, Dominick |
| | Lucchesi, Richard |
| | Ludwigsen, Gary |
| | Macaluso, Michael & Carol |
| | Macaluso, Michael, Sr. |
| | Macaluso, Michael, Jr. |
| | Macaluso, Stacey |
| | MacBrien Family Limited Partnership |

| | |
|---|---|
| | Malovich, Vincent |
| | Mann, Barbara |
| | Maresca, Robert |
| | Wagner, Bonnie |
| | Martinez, Judith |
| | McCann, Thomas |
| | Tustin, Matthew |
| | Tustin, Clare |
| | McDermott, John |
| | McGraner, John |
| | McIlvaine, Jessica |
| | McNeice, Laura |
| | Milelli, Silvana |
| | Miller, Debra |
| | Mills, Stuart D. |
| | Mingroni, Maria |
| | Moan, Beverly J. |
| | Mollo, Francesco |
| | Molotsky, Stanley |
| | Montesano, Salvatore |
| | Moore, Toni |
| | Moyles, James W. |
| | Muller, James |
| | Novack, Shawn |
| | Wachman, Nathan |
| | Norton, Robert |
| | Novack, Margaret Mary |
| | Novack, Walter |
| | O'Connor, Michael & Diane |
| | Oldman, Linnea R. |
| | Oldman, Tara |
| | Scarbrough, Dolores |
| | Paino, Steven |
| | Parisi, Lee, Sr. |
| | Patterson, Thomas |
| | Patti, Charles R. |
| | Patti, Charles & Angeline |
| | Penneys, Irma |
| | Robinson, William |
| | Pitzer, Donald E. |
| | Polidoro, Mario & Pauline |
| | Posluszny, John & Marie |
| | Primavera, Steve |
| | Primus, Marcia |
| | Primus, Caeser |

| | |
|---|---|
| | Proch, Margaret |
| | Prus, Chaim & Nechama |
| | Radell, Louis & Mary |
| | Reich, Ken |
| | Reihl, John |
| | Resavy-Strockbine, Michelle |
| | Reynolds, Erica |
| | Reynolds, Thomas, III – Fitzsimmons, Gerrie |
| | Ricketts, Isabella |
| | Roberts, Patricia |
| | Rocco, John |
| | Rochman, Melissa |
| | Rodi, Anthony |
| | Rodi, Joseph |
| | Rodio, William |
| | Roe, William & Mary |
| | Roche, Joan |
| | Rozell, Robert & Charity |
| | Russell, Barry & Marcia |
| | Russell, William |
| | Santarpio, Debra |
| | Schaeffer, Brian |
| | Schafer, Wilhelm |
| | Schlachter, James |
| | Weiss, Jeffrey J. |
| | Schulgen, George S. |
| | Schwartz, Aaron |
| | Schwartz, Joanne |
| | Schwartz, Stephen |
| | Segal, Michael |
| | Seigel, Linda & Carl |
| | Seitz, Carl |
| | Shamp, Mary |
| | Sharma, Rajinder |
| | Whelen, William N. |
| | White, Gerald K. |
| | Shoemaker, Roger |
| | Shoyer, Dale |
| | Shoyer, Darren |
| | Siddall, Timothy |
| | Selliken Family Limited Partnership |
| | Sikora, Alex |
| | Silber, Benjamin |
| | Silva, Heide |
| | Smeder, Edward |

| | |
|---|---|
| | Smeder, Rosemarie & Richard |
| | Smeresky, Stephen & Barbara |
| | Smith, Amanda |
| | SpadaFora, Frank |
| | Spurka, Edward |
| | Spurka, Edward, III |
| | Spurka, Edward & Patricia |
| | Spurka, Eric J. |
| | Spurka, Joseph T. |
| | Winneberger, Lisa |
| | Stone, Michael & Angelika |
| | Stowman, Carol |
| | Sullivan, Catherine |
| | Sundstrond, James & Kathleen |
| | Tate, Thomas |
| | Taylor, Anne |
| | Tharp, Kenneth |
| | Thompson, F. Eric |
| | Thompson, Sean M. |
| | Thompson, Anthony & Dorothy |
| | Thompson, Anthony |
| | Tosten, Larry E., III |
| | Tosten, Lucas M. |
| | Tosten, Stephanie M. |
| | Tosten, Morgan C. |
| | Tosten, Nikki L. |
| | Tower, Gerald & Kathleen |
| | Tower, Gerald, III |
| | Tower, Lauren |
| | Tower, Zane |
| | Travers, Dawn |
| | Tretina, Joseph |
| | Tretina, Margaret |
| | Tricomi, Joseph |
| | Campbell, William c/o Francis McCartney |
| | Rodriguez, Manuel |
| | Gandhi, Sharad |
| | Pfiel, Felicia Kakol |
| | DuCoin, David |
| | Buck, Daniel |
| | Turner, Edward & Jane |
| | Altman, Jeff |
| | Staib, George & Etsuko |
| | Alfonsi, Darlene |
| | Leonard, Suzan |

| | |
|---|---|
| | Weisberg, Edward |
| | Weisberg, Edward SEP IRA |
| | Pikunis, Richard |
| | Andreoni, Clare |
| | Briscoe, Dorothy c/o Jack Briscoe |
| | Briscoe, Jack C. |
| | Briscoe, Jack C. & Dorothy |
| | Briscoe, Jeffrey S. |
| | Cabrey, Francis |
| | Canale FLP |
| | Canale, Jennie |
| | Danaher, Sally |
| | Dickerson, Scott |
| | Ferry, Dennis |
| | Fox, Marie c/o Anthony Thompson |
| | Hewett, Steven |
| | Hofstetter, Robert |
| | Holroyd, Maria, FLP |
| | Morrill, Margaret |
| | Myer, Barbara |
| | OTRA Financial |
| | Schnell, Emily |
| | Schnell, Phillip & Emily |
| | Sharp, Curtis |
| | Sharp, Curtis & Mary |
| | Carino, Gisela |
| | McCartney, Francis |
| | Staub, George & Estuko |
| | Byrd, Patricia |

| Parties In Interest | |
|---|---|
| | Thompson, Anthony R. |
| | Kwasnik, William M. |
| | Bauer, Harry F., Jr. |
| | Ferry, Dennis C., Ed.D. |
| | Hanna, James B. |
| | Kwasnik, Michael W. |
| | Motter, Robert E. |
| | Kwasnik, Rodio, Kanowitz & Buckley, P.C. |
| | Abbey Grant Insurance Services |
| | Beneficial Savings Bank |
| | Kwasnik, Carol |
| | Capital Management of Delaware, Inc. |
| | Duffy, Daniel |
| | Dillenschneider & Faiola Benefit and Insurance, LLC |

|  |  |
|---|---|
|  | Faiola, Anthony |
|  | Hendriks, Robert C. |
|  | Kee, Michelle |
|  | Kwasnik, Kanowitz & Associates |
|  | Martinez, Jennifer |
|  | Oxbridge Investor's Fund LLC |
|  | Tranen Capital |
|  | The Leo Group, LLC |

| Judge |  |
|---|---|
|  | Gross, Kevin |

| Chapter 11 Trustee |  |
|---|---|
|  | Barry, Richard W. |

| Office of the United States Trustee for Region 3 |  |
|---|---|
|  | DeAngelis, Roberta (US Trustee) |
|  | Patton, Tiiara N.A. (Trial Attorney) |

| Boards of Directors |  |
|---|---|
|  | Thompson, Anthony R. |
|  | Kwasnik, William M. |
|  | Hanna, James B. |
|  | Harris, John L. |
|  | Robinson, William T. |
|  | Silber, Benjamin |
|  | Rocco, John |
|  | Ferry, Dennis C. |
|  | Bauer, Harry F., Jr. |

| Professionals |  |
|---|---|
|  | Buchanan, Ingersoll & Rooney, P.C. |
|  | Financial Industry Technical Services, Inc. |
|  | Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. |
|  | Proverian Capital, LLC |
|  | Richard W. Barry Consulting Services |
|  | Bifferato Gentilotti LLC |

| Additional Persons or Parties Listed on Debtors' Creditors Matrices |  |
|---|---|
|  | McDaniel, Garvan F. |
|  | Peretore, Anthony |
|  | Eigenbrood, Barbara |

| | |
|---|---|
| | Bowman, Alan & Christina |
| | Bruno, Dominick |
| | Buchel, Marlene |
| | Buser, Carol |
| | Buser, Frederick |
| | Contaratos, Bessie |
| | Cook, Katherine |
| | DeBello, Joseph |
| | DeMatteo, Nicholas |
| | Desai, Hemant |
| | Diamond, Daniel & Mary |
| | Foley, Scott & Patricia |
| | Grasso, Nicholas |
| | Isaacs, Marla |
| | Kelly, James & Katherine |
| | Kennedy, Gary |
| | Kleban, John |
| | Klinzman, Walter |
| | Kolari-Glenn, Engle |
| | Kopacz, Mary |
| | McArdle, William & Mary |
| | Pierson, Earl |
| | Puma, Michael |
| | Waldrop, Joseph |
| | Warren, John & Virginia |
| | Warren, Walter |
| | Weber, George |
| | Morrison, Loretta |
| | Waropay, Shiela |
| | Beneficial Mutual Savings Bank |
| | Imperial Premium Finance, LLC |

| Note Holders | |
|---|---|
| | Bauer, Harry |
| | Bowman, Alan |
| | Brigandi, Christine |
| | Bruno, Dominick |
| | Buchel, Marlene |
| | Buser, Carol |
| | Buser, Frederick |
| | Canale, Jennie FLP |
| | Carroccia, Albert |
| | Cook, Katherine |
| | D'Allesandro |
| | DeBello, Joseph |
| | Defino, Jean |
| | DeMatteo, Nicholas |
| | DeMeo, Frederick |
| | DeSai, Hemant |
| | Diamond, Daniel |
| | Dibblee, Marie |
| | Dorishook, Robert |
| | Eigenbrood, Barbara |
| | Foley, Patricia |
| | Gallagher, John |
| | Gantz, Virginia |
| | Gormley, George |
| | Grasso, Nicholas |
| | Gustenhoven, William |
| | Hotchkiss, John |
| | Isaacs, Marla |
| | Kelly, James |
| | Kennedy, Gary |
| | Kleban, John |
| | Klinzman, Walter |
| | Kopacz, Mary |
| | Labricciossa IFT |
| | Lucchesi, Richard |
| | Machise IFT |
| | Marcozzi FLP |
| | McArdle, William |
| | Peretore, Anthony |
| | Pierson, Earl |
| | Puma, Michael |
| | Rowe, Hansford |
| | Senske, Albertine |
| | Smith, James |

| | |
|---|---|
| | Smith, Maryann |
| | Steffens, Robert |
| | Trudnak, John |
| | Waldrop, Joseph |
| | Warren, John |
| | Warren, Walter |
| | Warren, George |
| | Assaiante, Alfred CRT |
| | Cattell, Austin CRT |
| | Clifford, Marion IFT |
| | Combs, Merle SNT |
| | Flynn, Mark SNT |
| | Frater, Clifford and Dorothy IFT |
| | Harrison, Adele IFT |
| | Hyman, Bernard IFT |
| | Kasarda, Adeline IFT |
| | Kingan, Charles IFT |
| | Lee, Marie |
| | Marcozzi, Erasmo CRT |
| | McCann, Francis IFT |
| | McLaughlin, Christopher SNT |
| | Morrison, Loretta IFT |
| | Oleykowski, IFT |
| | Selliken, Peter SNT |
| | Steinmetz, William |
| | Weiss, Elaine CRT |
| | Weiss, Elaine IFT |
| | Williams, Marie SNT |

NY\51051058.3

#1021510-v1