# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LIBERTY STATE BENEFITS OF ) | Case No. 11-12404 (KG) |
| DELAWARE INC., *et al.*, ) | |
| ) | (Jointly Administered) |
| Debtors.² ) | |
| | Re D.I.: _____ |

## ORDER GRANTING THE LIQUIDATING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 554 AND FED. R. BANKR. P. 6007 FOR AUTHORITY TO ABANDON AND DISCARD BOOKS AND RECORDS

Upon consideration of the Liquidating Trustee's Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105 and 554 and Fed. R. Bankr. P. 6007 for Authority to Abandon and Discard Books and Records (the "Motion"); and it appearing that the Motion was properly and timely served; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates and creditors; and good cause having been shown, it is hereby:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Liquidating Trustee is authorized to abandon and destroy all of the Debtors' books and records as determined in his discretion; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

Dated: _____      _____
Wilmington, Delaware                             The Honorable Kevin Gross
                                                 United States Bankruptcy Court Judge

---

²The Debtors include Liberty State Benefits of Delaware Inc. (Docket No. 11-12404 [EIN# 27-1982954], Liberty State Benefits of Pennsylvania, Inc. (Docket No. 11-12405) [EIN# 26-3748309], Liberty State Financial Holdings Corp. (Docket No. 11-12406) [EIN# 22-3745814], and Liberty State Credit, Inc. (Case No. 11-13721) [EIN# 16-1658803].